HAROLD BEDFORD, Respondent, v. DYER-KANE COMPANY et al., Defendants, and GLOBE INDEMNITY COMPANY, Appellant.

(Argued May 31, 1933; decided June 13, 1933.)

*F. A. W. Ireland* for appellant.

*Alton W. Teale* and *Morton Lexow* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.